1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMAN RAMIL,                                    )     No. C 04-0678 JSW (PR)
                                                 )
                    Petitioner,                  )     **ORDER DENYING**
                                                 )     **CERTIFICATE OF**
         vs.                                     )     **APPEALABILITY**
                                                 )
D.L. RUNNELS, Warden,                            )
                                                 )     (Docket no. 19)
                    Respondent.                  )
_____                   )

Petitioner Norman Ramil filed a pro se petition for a writ of habeas corpus

challenging the constitutionality of his state conviction under 28 U.S.C. § 2254.

Following briefing, this Court denied Petitioner's application for a writ of habeas corpus

on the merits in an order dated January 31, 2007 (docket no. 15).  Petitioner has filed a

notice of appeal (docket no. 18), and a motion for leave to appeal *in forma pauperis*

(docket no. 19).

Upon the filing of a notice of appeal and a request for a COA, the district court

shall indicate which specific issue or issues satisfy the standard for issuing a certificate,

or state its reasons why a certificate should not be granted.  *See United States v. Asrar,*

116 F.3d 1268, 1270 (9th Cir. 1997).  (citing 28 U.S.C. § 2253(c)(3)).   If no express

request is made for a COA, the notice of appeal shall be deemed to constitute a request

for a certificate.  *See id.*  With regard to the issues before the Court, Petitioner has not

shown "that jurists of reason would find it debatable whether the petition states a valid

claim of the denial of a constitutional right[.]"  *Slack v. McDaniel,* 529 U.S. 473, 484-85

(2000).  Accordingly, the request for a certificate of appealability is DENIED (docket no.

21).

Additionally, Petitioner has filed a motion seeking to proceed *in forma pauperis*

on appeal (docket no. 19).  With regard to Petitioner's application, 28 U.S.C. § 1915(a)(3) provides that an appeal may not be so taken if the district court certifies that it is taken in bad faith.  Although the Court does not find that Petitioner has established that he is entitled to a certificate of appealability, nor does it find that the appeal is not taken in good faith.  Accordingly, the motion to proceed in forma pauperis on appeal is GRANTED (docket no. 19).

The Clerk of Court shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit.  Petitioner may also seek a certificate of appealability from that court.  *See Asrar,* 116 F.3d at 1270.

IT IS SO ORDERED.

DATED: June 20, 2007

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAMIL,

               Plaintiff,

   v.

RUNNELS et al,

               Defendant.

_____/

Case Number: CV04-00678 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory A. Ott
CA State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Patricia G. Bell
Law Offices of Patricia G. Bell, Inc.
6520 Platt Avenue
No. 102
West Hills, CA 91307

Dated: June 20, 2007

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk